CLYDE & CO US LLP
BRUCE D. CELEBREZZE, Bar No. 102181
bruce.celebrezze@clydeco.us
MICHAEL A. TOPP, Bar No. 148445
michael.topp@clydeco.us
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 7365-9800
Facsimile: (415) 365-9801

Attorneys for Plaintiff
KEMPER INDEPENDENCE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMPER INDEPENDENCE INSURANCE COMPANY, an Illinois corporation.<br><br>Plaintiff,<br>v.<br><br>ROBERT KEMPLEY, an individual citizen and resident of California,<br><br>Defendant. | Case No. 2:18-cv-02337-JAM-DMC<br><br>**STIPULATION FOR AN EXTENSION OF TIME TO SUBMIT THE PARTIES' JOINT STATUS REPORT**<br><br>**[Local Rule 144(a)]** |

Pursuant to Local Rule 144(a), Plaintiff KEMPER INDEPENDENCE INSURANCE COMPANY ("Plaintiff") and Defendant ROBERT KEMPLEY ("Defendant"), through their respective counsel, hereby stipulate as follows:

1. This action was filed on August 27, 2018. The same day, the Court issued its order (ECF No. 005) requiring the parties to confer as required by Fed. R. Civ. P. 26(f) and to prepare and submit to the Court a joint status report within sixty (60) days of service of the complaint.

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

2. Plaintiff served Defendant with the complaint on October 30, 2018. Pursuant to stipulation under Local Rule 144(a), Defendant filed his answer to the complaint on December 4, 2018.

3. On December 20, 2018, counsel for Plaintiff contacted defense counsel to schedule a telephonic Fed. R. Civ. P. 26(f) conference. Given the holiday season, the parties agreed to complete the Fed. R. Civ. P. 26(f) conference by no later than January 11, 2019.

4. Plaintiff's counsel inadvertently mis-calendared and overlooked the December 30, 2018 deadline for filing a Joint Status Report pursuant to the August 27, 2018 Order Requiring Service of Process and Joint Status Report. Only after the deadline had passed did Plaintiff's counsel realize its mistake, and promptly contacted defense counsel to prepare the stipulation herein.

5. Under the circumstances, the parties hereby stipulate and request that the Court extend the time for filing of a Joint Status Report January 29, 2019 to submit a joint status report so that the parties may meaningfully meet and confer and prepare an appropriate report.

**IT IS SO STIPULATED**.

Dated: January 8, 2019          CLYDE & CO US LLP


                                By:     */s/ Michael A. Topp*
                                        Bruce D. Celebrezze
                                        Michael A. Topp
                                        Attorneys for Plaintiff KEMPER
                                        INDEPENDENCE INSURANCE
                                        COMPANY

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

Dated: January 8, 2019　　　　LAW OFFICES OF T. JAMES FISHER

By: */s/ T. James Fisher (as authorized on January 8, 2019 via email)*
T. James Fisher
Attorney for Defendant ROBERT KEMPLEY

**PURSUANT TO STIPULATION:**

**IT IS ORDERED** that the parties shall submit a joint status report by no later than January 29, 2019 addressing the matters set forth in the Court's August 27, 2018 Order Requiring Service of Process and Joint Status Report.

Dated: 1/8/2019　　　　　　　　/s/ John A. Mendez_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE