BRUCE D. CELEBREZZE, State Bar No. 102181
bruce.celebrezze@clydeco.us
MICHAEL A. TOPP, State Bar No. 148445
michael.topp@clydeco.us
J.A. TAYLOR MEEHAN, State Bar No. 298581
taylor.meehan@clydeco.us
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800
Facsimile: (415) 365-9801

Attorneys for Plaintiff
KEMPER INDEPENDENCE INSURANCE COMPANY

T. JAMES FISHER, State Bar No. 064079
1721 Court Street
P.O. Box 990460
Redding, CA 96099-0460
Telephone No. 530/244-0909
Facsimile No. 530/244-0923
Email: fisherlawoffice@sbcglobal.net

Attorney for Defendant
ROBERT KEMPLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMPER INDEPENDENCE INSURANCE COMPANY, an Illinois corporation.<br><br>　　　　Plaintiff,<br>　v.<br><br>ROBERT KEMPLEY, an individual citizen and resident of California,<br><br>　　　　Defendant. | Case No. 2:18-cv-02337-JAM-DMC<br><br>**STIPULATION AND ORDER TO STAY ALL PROCEEDINGS** |

4369841

| | |
|---|---|
| 1 | Plaintiff Kemper Independence Insurance Company and defendant Robert |
| 2 | Kempley, by and through their attorneys of record, who are set forth below, hereby |
| 3 | stipulate that a stay is appropriate in the above entitled action, and request that the |
| 4 | Court enter an order staying further proceedings as follows: |
| 5 | WHEREAS, Plaintiff filed its complaint against Defendant on August 27, 2018 |
| 6 | (ECF No. 1); and |
| 7 | WHEREAS, Defendant was served with the summons and complaint on |
| 8 | November 20, 2018 (ECF No. 9), and answered the complaint on December 4, 2018 |
| 9 | (ECF No. 10); and |
| 10 | WHEREAS, after review of the Joint Status Report (ECF No. 13), the Court |
| 11 | issued a Status (Pre-Trial Scheduling) Order setting trial in this matter for February 24, |
| 12 | 2020 (EC No. 14); and |
| 13 | WHEREAS, Defendant objected to the Status (Pre-Trial Scheduling) Order on |
| 14 | January 31, 2019 (ECF No. 15) on the grounds (among other grounds) that it did not |
| 15 | believe there is a justiciable case or controversy between the parties at this time; and |
| 16 | WHEREAS, while Plaintiff disagrees with Defendant's position and believes |
| 17 | that matter is ripe for adjudication, the parties have conferred and believe that it would |
| 18 | be in their collective interests to stay this action pending the development of the |
| 19 | underlying claims; and |
| 20 | NOW THEREFORE, the parties stipulate and request that the Court order that |
| 21 | this action should be stayed for an initial period of six months, at which time the |
| 22 | parties will file a joint status report concerning the progress of the underlying claims |
| 23 | and their views as to whether a continued stay is appropriate. |

| | | |
|---|---|---|
| Dated: April 2, 2019 | | CLYDE & CO US LLP |

By: _____ */s/ Michael A. Topp* _____
Bruce D. Celebrezze
Michael A. Topp
J.A. Taylor Meehan
Attorneys for Plaintiff KEMPER
INDEPENDENCE INSURANCE
COMPANY

As authorized on date: April 2, 2019    LAW OFFICES OF T. JAMES FISHER

By: _____ */s/ T. James Fisher* _____
T. James Fisher
Attorney for Defendant ROBERT
KEMPLEY

# **ORDER**

Pursuant to the parties' stipulation, it is hereby ordered that this case be stayed, including all pre-trial and trial dates, until further order. The parties shall file a joint status report on or before October 4, 2019, informing the Court as to the status of the underlying claims and their views as to whether a continued stay is appropriate.

**IT IS SO ORDERED.**


Dated: April 2, 2019

                                            /s/ John A. Mendez_____

                                            The Honorable Judge John A. Mendez

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 101 Second Street, 24th Floor, San Francisco, CA 94105.

On April 2, 2019, I served true copies of the following document(s) described as **STIPULATION AND [PROPOSED] ORDER** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 2, 2019, at San Francisco, California.

*/s/ Trish Marwedel*
Trish Marwedel

4369841

STIPULATION AND [PROPOSED] ORDER TO STAY ALL PROCEEDINGS