BRUCE D. CELEBREZZE, State Bar No. 102181
bruce.celebrezze@clydeco.us
MICHAEL A. TOPP, State Bar No. 148445
michael.topp@clydeco.us
J.A. TAYLOR MEEHAN, State Bar No. 298581
taylor.meehan@clydeco.us
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800
Facsimile: (415) 365-9801

Attorneys for Plaintiff
KEMPER INDEPENDENCE INSURANCE COMPANY

T. JAMES FISHER, State Bar No. 064079
1721 Court Street
P.O. Box 990460
Redding, CA 96099-0460
Telephone No. 530/244-0909
Facsimile No. 530/244-0923
Email: fisherlawoffice@sbcglobal.net

Attorney for Defendant
ROBERT KEMPLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMPER INDEPENDENCE INSURANCE COMPANY, an Illinois corporation.<br><br>    Plaintiff,<br>  v.<br><br>ROBERT KEMPLEY, an individual citizen and resident of California,<br><br>    Defendant. | Case No. 2:18-cv-02337-JAM-DMC<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE STAY OF ALL PROCEEDINGS; ORDER** |

4998857

Plaintiff Kemper Independence Insurance Company and defendant Robert Kempley, by and through their attorneys of record, hereby respectfully submit the following joint status report and request for the Court to continue the stay presently in effect in this action per the Court's Order Granting Parties' Stipulation to Stay All Proceedings (ECF No. 17).

## I. Status of Action

Plaintiff filed its complaint against Defendant on August 27, 2018 (ECF No. 1). Defendant was served with the summons and complaint on November 20, 2018 (ECF No. 9), and answered the complaint on December 4, 2018 (ECF No. 10). After review of the Joint Status Report (ECF No. 13), the Court issued a Status (Pre-Trial Scheduling) Order setting trial in this matter for February 24, 2020 (EC No. 14).

On April 2, 2019, the parties submitted a Stipulation and [Proposed] Order to Stay All Proceedings for an initial period of six months. On the same day, the Court granted the parties Stipulation and [Proposed] Order to Stay All Proceedings. Pursuant to the Stipulation and Order, the parties agreed to file a joint status report by October 4, 2019, advising the Court of the progress of the underlying claims and their views as to whether a continued stay is appropriate.

On October 4, 2019, the parties filed a joint status report advising the Court that a continued stay was appropriate since, the parties are unaware of any suits having been filed against Defendant arising out of the auto accident to which this insurance dispute relates (ECF No. 18). The parties stipulated and agreed to file a joint status report on or before April 3, 2020, informing the Court as to the status of the underlying claims and their views as to whether a continued stay is appropriate.

The parties have conferred and agree that a continued stay is appropriate since, the parties remain unaware of any suits having been filed against Defendant arising out of the auto accident to which this insurance dispute relates.

NOW THEREFORE, the parties stipulate and request that the Court order that this action should continue to be stayed for a period of six months, at which time the

parties will file a joint status report concerning the progress of the underlying claims and their views as to whether a continued stay, or a dismissal without prejudice of the action, is appropriate.

Dated: March 30, 2020               CLYDE & CO US LLP


                                    By: */s/ Michael A. Topp*
                                        Bruce D. Celebrezze
                                        Michael A. Topp
                                        J.A. Taylor Meehan
                                        Attorneys for Plaintiff KEMPER
                                        INDEPENDENCE INSURANCE
                                        COMPANY

As authorized on date: March 30, 2020

                                    LAW OFFICES OF T. JAMES FISHER



                                    By: */s/ T. James Fisher*
                                        T. James Fisher
                                        Attorney for Defendant ROBERT
                                        KEMPLEY

4998857

JOINT STATUS REPORT AND REQUEST TO CONTINUE STAY OF ALL PROCEEDINGS; [PROPOSED] ORDER

## **ORDER**

Pursuant to the parties' stipulation, it is hereby ordered that this case continues to be stayed, including all pre-trial and trial dates, until further order. The parties shall file a joint status report on or before October 2, 2020, informing the Court as to the status of the underlying claims and their views as to whether a continued stay is appropriate.

**IT IS SO ORDERED.**

Dated: 3/30/2020

/s/ John A. Mendez
The Honorable Judge John A. Mendez