BRUCE D. CELEBREZZE, State Bar No. 102181
bruce.celebrezze@clydeco.us
MICHAEL A. TOPP, State Bar No. 148445
michael.topp@clydeco.us
CLYDE & CO US LLP
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone: (415) 365-9800
Facsimile: (415) 365-9801

Attorneys for Plaintiff
KEMPER INDEPENDENCE INSURANCE COMPANY

PAUL J. O'ROURKE, JR., State Bar No. 143951
paul@pjorlaw.com
LAW OFFICES OF PAUL J. O'ROURKE, JR.
8050 North Palm Avenue, Suite 300
Fresno, CA 93711
Telephone: (559) 272-9670
Facsimile: (559) 549-6224

Attorney for Defendant
ROBERT KEMPLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMPER INDEPENDENCE INSURANCE COMPANY, an Illinois corporation.<br><br>             Plaintiff,<br>     v.<br><br>ROBERT KEMPLEY, an individual citizen and resident of California,<br><br>             Defendant. | Case No. 2:18-cv-02337-JAM-DMC<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE STAY OF ALL PROCEEDINGS; ORDER** |

5198812

JOINT STATUS REPORT AND REQUEST TO CONTINUE STAY OF ALL PROCEEDINGS; ORDER

Plaintiff Kemper Independence Insurance Company and defendant Robert Kempley, by and through their attorneys of record, hereby respectfully submit the following joint status report and request the Court to continue the stay presently in effect in this action per the Court's Order Granting Parties' Stipulation to Stay All Proceedings (ECF No. 17), and the Court's order of April 5, 2021 granting the parties' joint request for continued stay of the proceedings (ECF No. 025).

## I.  Case Summary

Plaintiff issued a personal insurance policy to Defendant ("the policy") that included auto liability coverage.  Defendant drove a motor home that towed a trailer from Seattle to Indianapolis for an automobile race, and back to Seattle after the race.  The motor home and trailer were owned by third parties.  While driving the motor home and trailer back to Seattle, Defendant was involved in a car accident that resulted in bodily injury to him and his passenger, Tracy Dye, as well as property damage to the motor home and trailer.  Plaintiff has filed this lawsuit for a judicial declaration that there is no coverage under the policy for the bodily injury suffered by Defendant and Defendant's passenger, or for the property damage incurred by the owners of the motor home and trailer as a result of the auto accident.

## II.  Procedural History

Plaintiff filed its complaint against Defendant on August 27, 2018 (ECF No. 1).  Defendant was served with the summons and complaint on November 20, 2018 (ECF No. 9), and answered the complaint on December 4, 2018 (ECF No. 10).  After review of the Joint Status Report (ECF No. 13), the Court issued a Status (Pre-Trial Scheduling) Order setting trial in this matter for February 24, 2020 (EC No. 14).

On April 2, 2019, the parties submitted a Stipulation and Proposed Order to Stay All Proceedings for an initial period of six months.  The Court ordered the matter stayed and ordered the parties to file a joint status report by October 4, 2019, advising the Court of the progress of the underlying claims and their views as to whether a continued stay is appropriate.

On October 4, 2019, the parties filed a joint status report advising the Court that a continued stay was appropriate since the parties were unaware of any suits having been filed against Defendant arising out of the auto accident to which this insurance dispute relates (ECF No. 18).  The parties stipulated and agreed to file a joint status report on or before April 3, 2020, informing the Court as to the status of the underlying claims and their views as to whether a continued stay is appropriate. Upon receipt of the parties' March 30, 2020 joint status report (ECF No. 019), the Court issued an order continuing the stay and ordering the parties to file a joint status report on or before October 2, 2020 (ECF No. 020).  The Court further continued the stay in its order of April 5, 2021, and ordered the parties to file a further joint status report on or before October 2, 2021 (ECF No. 025).

### III.   Status Of Underlying Claims

On May 7, 2020, Tracy Dye, the passenger injured in the auto accident, filed a personal injury suit against defendant Kempley and others in the Superior Court of Pierce County, Washington.  Defendant Kempley has not requested that Kemper provide him with a defense in the Washington action, and instead is being defended by State Farm, which issued an insurance policy insuring the motorhome that defendant was driving at the time of the accident.

The trial in the Washington action has now been continued to May 2022.  In addition, the parties in the Washington action have agreed to participate in a global mediation.  There is currently no date set for global mediation, as the parties have not been able to depose Mr. Dye, the plaintiff in the Washington action.  However, both Kemper and Kempley intend to participate in mediation of the Dye action once it is scheduled.

Plaintiff Kemper and Defendant Kempley are in agreement that in light of the pending Washington action, it is appropriate to continue the stay of this action.

NOW THEREFORE, the parties stipulate and request that the Court order that this action should continue to be stayed for a period of six months, at which time the

parties will file a joint status report concerning the progress of the underlying claims and their views as to whether a continued stay is appropriate.

Dated:  October 1, 2021			CLYDE & CO US LLP

						By:	*/s/ Michael A. Topp*
							Bruce D. Celebrezze
							Michael A. Topp
							Attorneys for Plaintiff KEMPER INDEPENDENCE INSURANCE COMPANY

As authorized on date:  September 30, 2021

						LAW OFFICES OF PAUL J. O'ROURKE, JR.

						By:	*/s/ Paul J. O'Rourke, Jr.*
							Paul J. O'Rourke, Jr.
							Attorney for Defendant ROBERT KEMPLEY

# **ORDER**

Pursuant to the parties' stipulation, it is hereby ordered that this case continues to be stayed, including all pre-trial and trial dates, until further order. The parties shall file a joint status report on or before April 1, 2022, informing the Court as to the status of the underlying claims and their views as to whether a continued stay is appropriate.

**IT IS SO ORDERED.**

Dated:  October 1, 2021        /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE